### Richmond

## MICHAEL WAYNE NELMS, ET AL. v. RICHMOND, FREDERICKSBURG AND POTOMAC RAILROAD COMPANY.

January 20, 1975.

Record No. 740191.

Present, I'Anson, C.J., Carrico, Harrison, Cochran, Harman and Poff, JJ.

*Milton Paul Miller* (*Abady, Miller & Rosman,* on brief), for plaintiffs in error.

*Samuel W. Hixon, III; George R. Humrickhouse* (*Robert L. Musick, Jr.; Williams, Mullen & Christian,* on brief), for defendant in error.